UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re Application of:

EDUARDO FUENTES CELESTRIN,

Applicant,

Pursuant to 28 U.S.C. Section 1782 for Judicial Assistance in Obtaining Evidence for Use in a Foreign and International Proceeding

Case No.: 25-mc-2185-SBC

**ORDER REGARDING BANKRUPTCY STAY**

This matter arises out of an Ex Parte Application for Judicial Assistance in Obtaining Evidence for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 filed by Applicant Eduardo Fuentes Celestrin. (Dkt. No. 1.) Applicant seeks discovery from Respondent Simon Levy Dabbah, who resides in this judicial district, in connection with an anticipated civil lawsuit in Mexico by Applicant against Respondent for defamation and other related claims. (*Id.*)

On February 3, 2026, Respondent filed a Notice of Bankruptcy Filing and Stay of Proceedings. (Dkt. No. 20.) According to the filing, Respondent filed a bankruptcy case under Chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy

1

Court for the Southern District of California on January 22, 2026. (*Id.*) Applicant has not filed a response to the Notice.

Pursuant to 11 U.S.C. § 362(a), the filing of a bankruptcy petition automatically stays a judicial action against the debtor. *See Gruntz v. Cnty. of Los Angeles*, 202 F.3d 1074, 1081-82 (9th Cir. 2000) (en banc). "The automatic stay is self-executing" and "sweeps broadly, enjoining the commencement or continuation of any judicial, administrative, or other proceedings against the debtor." *Id.* Accordingly, this matter is STAYED pending the conclusion of Respondent's bankruptcy proceedings.

**IT IS SO ORDERED.**

Dated:  February 23, 2026

Hon. Steve B. Chu
United States Magistrate Judge

25-mc-2185-SBC